NOTICE: NOT FOR PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION DOES NOT CREATE
LEGAL PRECEDENT AND MAY NOT BE CITED EXCEPT AS AUTHORIZED.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

---

IN RE: THE DETENTION OF RORY S. FOLEY, *Petitioner*,

*v.*

THE HONORABLE ANDREW KLEIN, Judge of the SUPERIOR COURT
OF THE STATE OF ARIZONA, in and for the County of MARICOPA,
*Respondent Judge,*

STATE OF ARIZONA, *Real Party in Interest.*

No. 1 CA-SA 14-0059
FILED 5-6-2014

---

Appeal from the Superior Court in Maricopa County
No. MS2014-000003
The Honorable Gerald R. Grant, Judge

**JURISDICTION ACCEPTED, RELIEF DENIED**

---

COUNSEL

Maricopa County Legal Advocate's Office, Phoenix
By Sara Xochitl Orozco
*Counsel for Petitioner*

Maricopa County Attorney, Phoenix
By Gerald R. Grant
*Counsel for Real Party in Interest*

---

**DECISION ORDER**

Judge John C. Gemmill delivered the decision of the Court, in which Presiding Judge Samuel A. Thumma and Judge Randall M. Howe joined.

---

**G E M M I L L**, Judge:

**¶1**            Petitioner Rory S. Foley seeks special action review of the superior court's order postponing his SVP (sexually violent person) trial from June 2014 to September 2014. After consideration of the applicable statutes, case law, and record including the petition for special action, response, reply, and appendices, this court concludes that special action jurisdiction is appropriately exercised in this matter and that the superior court did not abuse its discretion in the postponement ruling. Accordingly,

**¶2**            **IT IS ORDERED** accepting special action jurisdiction in this matter but denying relief. It is anticipated that the superior court will make every reasonable effort to accomplish the SVP trial in September 2014, without additional delay.



Ruth A. Willingham · Clerk of the Court
FILED: MJT